UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT LIA,

                             Plaintiff,                  22 Civ. No. 10469 (PGG) (GS)

      -against-                           **ORDER**

JOSEPH T. SCOVOTTI,

                             Defendant.

-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       Plaintiff's counsel reported that Plaintiff's family wishes to continue to prosecute this action and will begin taking steps to probate decedent's will in Surrogate's Court in Bronx County and to have a representative of the estate appointed. Based on Counsel's representations, this matter is hereby stayed for 90 days, until **January 5, 2024.** Counsel are directed to appear for a telephone conference on **January 5, 2024** at **10:00 AM** to update the Court as to the status of this matter. The parties shall call **646-453-4442** ; passcode **116 458 887#.**

If counsel believe it would be more efficient to update the Court in writing, counsel shall submit a joint letter by no later than January 3, 2024 providing an update as to the status and containing a proposal for what action the Court should take upon the expiration of the stay. If counsel do not agree on the contents of the letter, the letter shall set forth both Plaintiff's position and Defendant's position separately. Based on its review of the letter, the Court will consider whether to cancel the telephonic conference. Unless notified by the Court that the conference has been cancelled, counsel shall appear as required on January 5, 2024.

      **SO ORDERED.**

DATED:    New York, New York
              October 6, 2023

                                                        _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge