UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT LIA,

                    Plaintiff,                    22 Civ. No. 10469 (MMG) (GS)

     -against-

JOSEPH T. SCOVOTTI,                    **VIDEO STATUS CONFERENCE ORDER**

                    Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Status Conference on **Wednesday, August 21, 2024 at 11:00 a.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. Meeting ID: [273 770 126 019] Passcode: [TiQNUt]

    SO ORDERED.

DATED:    New York, New York
               August 15, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge