UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT LIA,

                            Plaintiff,                    **22 Civ. No. 10469 (MMG) (GS)**

        -against-

                                                                                    **ORDER**

JOSEPH T. SCOVOTTI,

                            Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

At a status conference with the parties held on August 21, 2024, Plaintiff's counsel stated that the Surrogate's Court has now appointed Michael J. Lia as the representative of the estate of Robert Lia, the Plaintiff in this action who passed away last year. (*See also* Dkt. No. 18). Accordingly, and consistent with the discussion at the August 21 status conference, it is hereby ORDERED that:

1. This action is no longer stayed.

2. Plaintiff's counsel shall file an Amended Complaint by September 4, 2024, substituting Michael J. Lia, as representative, as the Plaintiff in this action.

3. This action is scheduled for a Case Management Conference on **Thursday, September 26, 2024 at 11:30 a.m.** The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time. **The parties shall consult and comply with** the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to jointly file the attached joint Proposed Case Management Plan and Scheduling Order no later

than one week prior to the conference. **Click here to join the meeting now**. **[Meeting ID: 287 290 560 681  Passcode: Ct2yXv]**

**SO ORDERED.**

DATED:   New York, New York
             August 26, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge